# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:07MJ68 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CARLOS GONZALEZ, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion of First Assistant Federal Public Defender Shannon P. O'Connor and the Office of the Federal Public Defender for the District of Nebraska to withdraw as counsel for the defendant, Carlos Gonzalez (Gonzalez) (Filing No. 16). Mr. O'Connor represents the Office of the Federal Public Defender has a conflict of interest in this matter. Mr. O'Connor's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 16) is granted.

Michael J. Tasset, P.O. Box 62, Oakland, NE 68045, (402) 685-5647, is appointed to represent Gonzalez for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. O'Connor shall forthwith provide Mr. Tasset with the discovery materials provided the defendant by the government and such other materials obtained by Mr. O'Connor which are material to Gonzalez's defense.

The clerk shall provide a copy of this order to Mr. Tasset and he shall enter his appearance in this matter forthwith.

**IT IS SO ORDERED.**

DATED this 10th day of May, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge